UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21378

ANTHONY M. WILSON,

    Plaintiff,

vs.

COASTLINE MANAGEMENT GROUP, INC.,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    COASTLINE MANAGEMENT GROUP, INC.
        c/o BRUCE J. SMOLER, ESQ., its Registered Agent
        2611 HOLLYWOOD BLVD
        HOLLYWOOD, FL 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        8603 S. Dixie Highway, Suite 408
        Miami, FL 33143
        Tel:    (305) 230-4884
        Fax:    (305) 230-4844
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/18/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts